**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02257-REB-CBS

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,

    Plaintiff,

v.

MADERA CONSTRUCTION OF DURANGO, LLC, a Colorado limited liability company,
and
CANDENT CONSTRUCTION, LLC, a Colorado limited liability company,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFFENDANT
CANDENT CONSTRUCTION, LLC, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Dismissal of Defendant Candent Construction, LLC** [#15][1] filed November 4, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendant, Candent Construction, LLC, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal of Defendant Candent Construction, LLC** [#15] filed November 4, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant, Candent Construction, LLC, are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant, Candent Construction, LLC, is **DROPPED** as a named defendant in this action, and the case caption is amended accordingly.

Dated November 4, 2013, at Denver, Colorado.

                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge