**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02257-REB-CBS

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,

    Plaintiff,

v.

MADERA CONSTRUCTION OF DURANGO, LLC, a Colorado limited liability company,
and
CANDENT CONSTRUCTION, LLC, a Colorado limited liability company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice of Defendants Madera Construction of Durango, LLC and Candent Construction, LLC** [#29][1] filed September 3, 2014. After reviewing the stipulation and the record, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice of Defendants Madera Construction of Durango, LLC and Candent Construction, LLC** [#29] filed September 3, 2014, is **APPROVED**;

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the combined Final Pretrial Conference and Trial Preparation Conference set September 26, 2014, are **VACATED**;

3. That the jury trial set to commence October 20, 2014, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 3, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge